**DISMISS and Opinion Filed December 3, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00620-CV**

**RICKEY SHANNON, Appellant**
**V.**
**SM FAMILY HOLDINGS, LLC, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-04422-C**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Smith
Opinion by Chief Justice Burns

Appellant appeals from the trial court's June 25, 2021 judgment. We questioned our jurisdiction over this appeal because it appeared the trial court was without plenary power to sign the judgment. *See State ex rel. Latty v. Owens*, 907 S.W.2d 484, 486 (Tex. 1995) (per curiam) (judgment signed after trial court's plenary power expires is a nullity). At the Court's request, the parties filed letter briefs addressing the Court's concern.

The trial court signed a final judgment on January 11, 2021. Appellant filed a timely motion for new trial on February 4, 2021. The record before the Court does not contain a written order on the motion for new trial. Without having set aside the

January 11 judgment, the trial court signed another judgment on June 25, 2021. The trial court's plenary power, however, expired on April 16, 2021, 105 days after the January 11 judgment. *See* TEX. R. CIV. P. 329b(e). Thus, the trial court's June 25 judgment was a nullity. *See Latty*, 907 S.W.2d at 486.

Although appellant filed a letter brief, he failed to address the jurisdictional issue. Because the court acted beyond its plenary power in signing the June 25 judgment, the judgment is void. *See id*. This leaves the January 11 order as the final judgment of the trial court.

When, as here, a judgment is rendered by a court after its plenary power has expired, an appellate court's jurisdiction is limited to setting aside the judgment and dismissing the appeal for want of jurisdiction. *See Latty*, 907 S.W.2d at 486. Accordingly, we vacate the trial court's June 25, 2021 judgment and dismiss the appeal. *See* TEX. R. APP. P. 42.3(a); *Latty*, 907 S.W.2d at 486.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210620F.P05

–2–



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

RICKEY SHANNON, Appellant

No. 05-21-00620-CV        V.

SM FAMILY HOLDINGS, LLC, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas

Trial Court Cause No. CC-20-04422-C.

Opinion delivered by Chief Justice Burns. Justices Goldstein and Smith participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's June 25, 2021 judgment and **DISMISS** the appeal.

Judgment entered December 3, 2021      .